**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60297-CIV-ALTMAN/Hunt**

**BERNARD MCDONALD**,

    *Plaintiff*,

v.

**CITY OF POMPANO BEACH, FLORIDA**,

    *Defendant*.

_____/

**ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Preliminary Injunction [ECF No. 4]. This Court held a telephonic hearing [ECF No. 23] on April 29, 2020—at which the parties presented their oral arguments. For the reasons stated in open court, the Court hereby **ORDERS** and **ADJUDGES** that:

1. The Motion **[ECF No. 4]** is **DENIED without prejudice**. The Plaintiff may re-raise the Motion, if necessary, at the appropriate time.

2. The City Attorney for the City of Pompano Beach shall tender a letter to the Broward Sheriff's Office ("BSO"), directing the BSO to desist from any future enforcement of the Street Solicitation Ordinance, Pompano Beach Municipal Code § 100.41. The Defendant shall further ensure that all BSO deputies are instructed not to enforce the Street Solicitation Ordinance. The Defendant shall file, by **May 6, 2020 at 5:00 p.m.**, a *notice* on the docket, which must: (a) certify compliance with this Order and (b) attach a copy of the City Attorney's letter.

3. The Parties shall conduct an informal, telephonic settlement conference by **May 6, 2020 at 5:00 p.m.** The Defendant must indicate in its *notice* whether the Parties have

2

reached a settlement and, if so, how much time they need to resolve any outstanding disputes over attorneys' fees.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of April 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record