UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-cv-60297-RKA

BERNARD McDONALD,

    Plaintiff,

vs.

CITY OF POMPANO BEACH,
FLORIDA, a Florida municipal
corporation,

    Defendant.
_____/

## DEFENDANT CITY'S NOTICE OF COMPLIANCE

The Defendant City of Pompano Beach ("City"), by and through its undersigned attorneys and pursuant to the Court's May 3, 2020 order (DE 24) submits the following notice:

1.    City Attorney Mark Berman has in writing notified Broward Sheriff's Office (BSO), Pompano Beach Division Chief Major Wayne Adkins that BSO deputies are to refrain from enforcing the City's current street solicitation ordinance (Ordinance No. 100.41) until further notice from the City attorney. Copies of City Attorney Berman's February 12, 2020 and April 29, 2020 emails to Major Atkins are attached. Copies of Major Atkins' February 12, 2020 and April 29, 2020 emails confirming the instruction and advising that the instruction has been provided to all BSO deputies in the Pompano Beach division are also attached hereto as Exhibit A.[1]

---

[1] City attorney Berman is currently working remotely from home and does not have access to City of Pompano Beach stationary

2. On Tuesday, May 5, 2020, counsel for the parties conducted an informal settlement conference. The result of the conference was a non-settlement.

Dated: May 6, 2020

Respectfully submitted,

 /s/Michael T. Burke
Michael T. Burke, Esquire (338771)
Burke@jambg.com
Cardona@jambg.com
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Telephone: 954-463-0100
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 6th day of May, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                JOHNSON, ANSELMO, MURDOCH, BURKE,
                PIPER & HOCHMAN, P.A.
                *Counsel for Defendants*
                2455 East Sunrise Boulevard, Ste. 1000
                Fort Lauderdale, FL 33304
                Telephone: 954-463-0100

                BY: */s/Michael T. Burke*
                      MICHAEL T. BURKE
                      Florida Bar No. 338771

**SERVICE LIST**

Dante P. Trevisani, Esq.
Ray Taseff, Esq.
Florida Justice Institute, Inc.
100 S.E. 2nd Street
3750 Miami Tower
Miami, Florida 33131-2309
305-358-2081
DTrevisani@FloridaJusticeInstitute.org
RTaseff@FloridaJusticeInstitute.org

Mara Shlackman, Esq .
Law Offices of Mara Shlackman, P.L
757 SE 17th Street; PMB 309
Fort Lauderdale, Florida 33316
954-523-1131
954-206-0593
mara@shlackmanlaw.com

F.J. McLawrence, Esq.
The McLawrence Law Firm
633 S. Federal Highway; Ste. 200-B
Fort Lauderdale, Florida 33301
954-318-1376
954-616-0566
info@mclawrencelaw.com

---

Michael T. Burke, Esquire
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Telephone:   954-463-0100
Burke@jambg.com
Cardona@jambg.com