**From:** Adkins, Wayne [mailto:Wayne_Adkins@sheriff.org]
**Sent:** Thursday, April 30, 2020 2:57 PM
**To:** Mark Berman <Mark.Berman@copbfl.com>
**Cc:** Torres, Efrain <Efrain_Torres@sheriff.org>; Franks, David <David_Franks@sheriff.org>; Greene, Holly <Holly_Greene@sheriff.org>; Hedelund, Martin <Martin_Hedelund@sheriff.org>; Stallings, Darryl <Darryl_Stallings@sheriff.org>; Dunham, Chad <Chad_Dunham@sheriff.org>; Levine, Andrea <Andrea_Levine@sheriff.org>; Murray, Pat <Pat_Murray@sheriff.org>; Sudman, Stephen <Stephen_Sudman@sheriff.org>; Akers, Larry <Larry_Akers@sheriff.org>; Alonso, Jorge <Jorge_Alonso@sheriff.org>; Arteaga, Gerardo <Gerardo_Arteaga@sheriff.org>; Cade, Chauncey <Chauncey_Cade@sheriff.org>; Ciacciarelli, Vincent <Vincent_Ciacciarelli@sheriff.org>; Edlund, Gregory <Gregory_Edlund@sheriff.org>; Galindez, Elisa <Elisa_Galindez@sheriff.org>; Harris, Joseph <Joseph_Harris@sheriff.org>; Jadallah, Saied <Saied_Jadallah@sheriff.org>; Lahiff, Robert <Robert_Lahiff@sheriff.org>; Linville, Michael <Michael_Linville@sheriff.org>; Lopez, Gerardo <Gerardo_Lopez@sheriff.org>; Mercado, Noel <Noel_Mercado@sheriff.org>; Mercado, Noel <Noel_Mercado@sheriff.org>; Nida, Scott <Scott_Nida@sheriff.org>; Pennetti, Christopher <Christopher_Pennetti@sheriff.org>; Randazzo, John <John_Randazzo@sheriff.org>; Sepot, Peter <Peter_Sepot@sheriff.org>; Swanson, Kevin <Kevin_Swanson@sheriff.org>; Williams, Marcus <Marcus_Williams@sheriff.org>
**Subject:** RE: Street Solicitors

**Good afternoon Mr. Berman – Please note that all Pompano District deputies were been notified on February 12, 2020 that until further notice, not to enforce the City's ordinance 100.41.**

**Should you require additional information or next to discuss further, please contact me at 954-786-4303 or by Email.**

**Thank you,**

*Major Wayne Adkins*
**Broward Sheriff's Office**
**Pompano Region**
**Pompano Beach District**
**100 SW 3 Street**
**Pompano Beach, Fl 33060**
**Office (954) 786-4303 / FAX (954) 786-2105**

*Please note that Florida has a broad public records law, and that all correspondence sent to me via email may be subject to disclosure.*



EXHIBIT "A"

*Register for Sheriff Tony's E-Alerts to receive email or text messages from the Broward Sheriff's Office with information on criminal activity, traffic, events or other security concerns arising in your business or residential neighborhood.*

*http://www.sheriff.bso/apps/ealerts/*

**From:** Mark Berman [mailto:Mark.Berman@copbfl.com]
**Sent:** Wednesday, April 29, 2020 7:59 PM
**To:** Adkins, Wayne <Wayne_Adkins@sheriff.org>
**Subject:** RE: Street Solicitors

Major Adkins,
I am writing to confirm that the status, as discussed below, has not changed. Please instruct your command staff and personnel down the line to continue to not enforce the City's <u>current</u> street solicitation ordinance.
A revised ordinance is in process and I will forward same to you for your review when finalized.
Please feel free to contact me should you have any questions.

Mark E. Berman
City Attorney
City of Pompano Beach, Florida
Board Certified- City, County & Local Government Law
(954) 786-4614


**From:** Adkins, Wayne [mailto:Wayne_Adkins@sheriff.org]
**Sent:** Wednesday, February 12, 2020 5:00 PM
**To:** Mark Berman <Mark.Berman@copbfl.com>; Hedelund, Martin <Martin_Hedelund@sheriff.org>; District 11 - Pompano Beach <_18c519@sheriff.org>
**Cc:** Greg Harrison <Greg.Harrison@copbfl.com>; FW_Rex Hardin <rex@cypressprintingcenter.com>; Rex Hardin <Rex.Hardin@copbfl.com>; Tracy Lyons <Tracy.Lyons@copbfl.com>; Lynch, Terrence <Terrence_Lynch@sheriff.org>; Futch, Lee <Lee_Futch@sheriff.org>; McCoy, Chris <Chris_McCoy@sheriff.org>
**Subject:** RE: Street Solicitors

**EXTERNAL Email:** Do not reply, click links, or open attachments unless you recognize the sender's **EMAIL ADDRESS** as legitimate and know the contents are safe.

**Please see below regarding City Attorney Berman's email. Please discontinue enforcing the City's Street Solicitation ordinance until this is resolved**

**We will provide follow up.**

Thanks,

*Major Wayne Adkins*
Broward Sheriff's Office
Pompano Region
Pompano Beach District
100 SW 3 Street
Pompano Beach, Fl 33060
Office (954) 786-4303 / **FAX (954) 786-2105**

*Please note that Florida has a broad public records law, and that all correspondence sent to me via email may be subject to disclosure.*

*Register for Sheriff Tony's E-Alerts to receive email or text messages from the Broward Sheriff's Office with information on criminal activity, traffic, events or other security concerns arising in your business or residential neighborhood.*

**http://www.sheriff.bso/apps/ealerts/**

**From:** Mark Berman [mailto:Mark.Berman@copbfl.com]
**Sent:** Wednesday, February 12, 2020 4:47 PM
**To:** Adkins, Wayne <Wayne_Adkins@sheriff.org>; Hedelund, Martin <Martin_Hedelund@sheriff.org>
**Cc:** Greg Harrison <Greg.Harrison@copbfl.com>; FW_Rex Hardin <rex@cypressprintingcenter.com>; Rex Hardin <Rex.Hardin@copbfl.com>; Tracy Lyons <Tracy.Lyons@copbfl.com>
**Subject:** Street Solicitors

Based upon a new Federal lawsuit andM for Injunctive Relief filed against the City with regard to its street solicitation ordinance, at this time I would request that BSO suspend any arrests or NTAs to persons soliciting in the streets, unless such persons present an immediate hazard to traffic, the public or themselves (blocking cars, running in and out of moving traffic, etc.) until such time as we can obtain a resolution to this matter.

Mark E. Berman
City Attorney
City of Pompano Beach, Florida
Board Certified- City, County & Local Government Law