UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60297-CIV-ALTMAN/Hunt

**BERNARD MCDONALD**,

    *Plaintiff*,

v.

**CITY OF POMPANO BEACH, FLORIDA**,

    *Defendant*.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS MATTER** came before the Court at the Status Conference [ECF No. 27] held on May 12, 2020. At the Status Conference, the Parties agreed that this case should be stayed and administratively closed until the Defendant repeals or otherwise amends the Street Solicitation Ordinance, Pompano Beach Municipal Code § 100.41. Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. This case is **STAYED**. The Clerk of Court is directed to **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED** as moot. All pending hearings and deadlines are **TERMINATED**.

2. The parties are directed to file a report every thirty (30) days informing the Court of the status of the case. Either party may move to reopen the case at any time. If the case is settled, the parties shall promptly notify the Court.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of May 2020.

                                                                           **ROY K. ALTMAN**
                                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record