# FEB 1, 2018 TO FEB 1, 2020

## INTERSECTIONS          OCCURRANCES

| Row Labels | INTER SECTION | PEDESTRIANS |
|---|---|---|
| 15th ST 12th AV | 34 | 0 |
| 15TH ST 26TH AV | 28 | 0 |
| 15TH ST 46TH AV | 50 | 0 |
| 15TH ST FEDERAL | 42 | 0 |
| ATL I-95 | 38 | 0 |
| ATL ANDREWS | 15 | 1 |
| ATL DIXIE | 136 | 1 |
| ATL FED | 88 | 2 |
| ATL OCEAN | 16 | 0 |
| ATL POWERLINE | 70 | #11 |
| ATL TURNPIKE | 16 | 0 |
| COPANS ANDREW | 136 | 1 |
| COPANS DIXIE | 59 | 1 |
| COPANS FED | 79 | 2 |
| COPANS POWER | 117 | 2 |
| MLK NW 31st AV | 36 | 0 |
| MLK POWER | 70 | 0 |
| N FED  NE 14 ST | 54 | 0 |
| NE 14 ST N OCEAN | 17 | 0 |
| SAMPLE ANDREWS | 63 | 1 |
| SAMPLE DIXIE | 68 | 1 |
| SAMPLE FEDERAL | 21 | 1 |
| SAMPLE POWER | 126 | 1 |
| SAMPLE TURNPIKE | 15 | 0 |
| Grand Total | 1394 | 25 |