**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60297-CIV-ALTMAN/Hunt**

**BERNARD MCDONALD**,

    *Plaintiff*,

v.

**CITY OF POMPANO BEACH,
FLORIDA**,

    *Defendant*.

_____/

**ORDER**

On November 18, 2020, the Court held an evidentiary hearing (the "Hearing") [ECF No. 67] on the Plaintiff's Second Motion for Preliminary Injunction (the "Motion") [ECF No. 42]. After the Court deferred ruling on the Motion, the Court raised the possibility of continuing the Hearing and consolidating it with an expedited trial on the merits, as permitted by the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 65(a)(2) ("Before or after beginning the hearing on a motion for a preliminary injunction, the court may advance the trial on the merits and consolidate it with the hearing."). At a subsequent hearing, the Parties consented to the proposed consolidation. *See* [ECF No. 69]. The Parties also waived their respective rights to a jury trial,[1] thereby allowing for an expedited bench trial. *See* Joint Stipulation as to Waiver of Jury Trial [ECF No. 71].

Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

---

[1] The Parties reached a settlement, and stipulated to dismissal of, Counts I and II of the Verified Amended Complaint [ECF No. 38]. *See* Notice of Voluntary Dismissal [ECF No. 70].

1

1. Counts I and II of the Verified Amended Complaint [ECF No. 38] are **DISMISSED with prejudice**. The Court shall retain jurisdiction over Counts I and II for the purpose of resolving attorneys' fees and costs.

2. The Hearing [ECF No. 67] shall be **CONSOLIDATED** with an expedited trial on the merits to resolve the remaining claim. The Court therefore **DEFERS** ruling on the Motion [ECF No. 42].

3. By **December 4, 2020**, the Parties shall file a joint proposed scheduling order, as required by Local Rule 16.1. The bench trial shall be held by videoconference (Zoom).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record