**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-60297-CIV-ALTMAN/Hunt**

**BERNARD MCDONALD**,

    *Plaintiff*,

v.

**CITY OF POMPANO BEACH,
FLORIDA**,

    *Defendant*.

_____/

**ORDER**

The Parties filed a Joint Motion to Continue Pre-Trial Deadlines and Reset Trial Date (the "Motion") [ECF No. 120]. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion [ECF No. 120] is **GRANTED**.

2. **THIS MATTER** is set for trial during the Court's two-week trial calendar beginning on **November 8, 2021**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on November 2, 2022**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The parties shall adhere to the following schedule:[1]

3. **October 11, 2021:** The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

---

[1] The original scheduling orders shall remain in place to the extent not addressed by this Amended Scheduling Order.

4. **October 25, 2021**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of August 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record