UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-cv-60297-RKA

BERNARD McDONALD,

    Plaintiff,

vs.

CITY OF POMPANO BEACH,
FLORIDA, a Florida municipal
corporation,

    Defendant.
_____/

**DEFENDANT, CITY OF POMPANO BEACH'S, VERIFIED MOTION FOR AN EXTENSION OF THE PRETRIAL DEADLINES AND FOR A CONTINUANCE**

The Defendant, CITY OF POMPANO BEACH ("City"), by and through undersigned counsel and pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 7.1(a)(1)(J) of the Local Rules of the United States District Court of the Southern District of Florida, requests entry of an order extending the pretrial deadlines at least 30 days and continuing the trial (now set for the two-week trial period beginning on November 8, 2021) until at least December 13, 2021, and in support would state:

1.    The City seeks an extension of the pretrial deadlines and a continuance of the trial based upon its attorneys' upcoming trial calendars and vacation schedules. The City submits that these matters represent good cause for an extension and a continuance.

2.    On February 12, 2020, the Plaintiff filed his two-count Complaint, asserting that the City's prior version of its Street Solicitation Ordinance ("Old Solicitation Ordinance") was unconstitutional on its face and as applied to him under the First and Fourteenth Amendments. ECF No. 1.

3.    Based upon the parties' agreement, the Court stayed the case and administratively closed it until the City amended the Original Solicitation Ordinance.   ECF No. 28.

4.    The ordnance amending the Original Solicitation Ordinance passed on its second reading on June 23, 2020.   ECF No. 38-1

5.    On September 25, 2020, Plaintiff filed his verified Amended Complaint, challenging the City's newly adopted restriction on sitting or standing on medians that (1) divide roads with at least three lanes "in any one direction" and (2) are between three and five feet wide.

6.    Both parties filed cross-motions for summary judgment.   ECF No. 77; ECF No. 95.

7.    On August 24, 2021, the Court entered denying both motions for summary judgment finding that, "because the record is underdeveloped on certain key issues," the case should proceed to trial.   ECF No. 121.

8.    The Court then set the case for a bench trial during the two-week trial period commencing on November 8, 2021.   ECF No. 122.   The deadline for filing motions in limine is October 11, 2021, while the deadline for filing the joint pretrial stipulation including the proposed finding of fact and conclusion of law is October 25, 2021.   Id.

9.    The City requests entry of an order extending the pretrial deadlines and continuing the trial based upon the trial and vacation schedules of the City's attorneys in September and October 2021 and the pending nature of the parties' cross-motions for summary judgment.   The City asks that the remaining pretrial deadlines be extended at least 30 days and that trial be continued until at least December 13, 2021.

10. Rule 6(b) of the Federal Rules of Civil Procedure allows a party to extend the time for responding to a pleading by establishing "good cause" if the request is made before the applicable deadline. See Fed. R. Civ. P. 6(b)(1)(A).

11. Pursuant to Local Rule 7.6, a continuance of trial may be granted for "good cause."

12. The City submits that good cause exists for extending the pretrial deadlines and continuing trial. First, the undersigned attorney for the City (Hudson C. Gill, Esq.,) is currently set for the following evidentiary proceedings in September and October 2021:

    a. In J.C. v. School Board of Broward County, Case No. 21-000862E (Fla. DOAH), a five-day administrative hearing specially set for the entire week of September 20, 2021; and

    b. In Town of Southwest Ranches v. City of Pembroke Pines, Case No. 12- 28819 (Fla. 15th Jud. Cir.), a five- to seven-day trial specially set for to commence on October 11, 2021.

13. In addition, the undersigned attorney for the City (Michael T. Burke, Esq.) is scheduled for a pre-planned vacation from Tuesday, October 12, 2021, up through and including Tuesday, October 19, 2021, and the undersigned attorney for the City (Hudson C. Gill, Esq.) is scheduled to be out of the state of Florida from September 30, 2021, up through and including October 4, 2021.

14. Preparation for and attendance at these evidentiary proceedings along with counsel's pre-planned vacations will impact the City and its attorneys' ability to draft the pretrial filings and to prepare for trial. Granting a continuance and extending the pretrial deadlines will allow the City and its attorneys to better manage these matters and the Court's deadlines. The

City submits that the scheduling of these proceedings represents "good cause" to grant a continuance.

15. The City submits that no party will be prejudiced by a continuance. The case has already been pending since February 2020, and the requested continuance is for a limited amount of time.

16. The City asks the Court to accept these matters as good cause and to permit the requested extension of time under Rule 6(b)(1)(A) and a continuance under Local Rule 7.6.

17. **Local Rule 7.1 Certification:** On September 14 and 15, 2021, the undersigned attorney for the City (Hudson C. Gill, Esq,) conferred with the attorney for the Plaintiff (Ray Taseff, Esq.) and can advise that the Plaintiff does not object to the relief sought in this motion but advises that, if the Court resets the trial, the Plaintiff and his attorneys are not available the weeks of December 6, 2021, and December 20, 2021.

18. **Verification:** I, Hudson C. Gill, Esq., make this declaration under penalty of perjury, and declare that the statements herein are true, that I have reviewed the foregoing Verified Motion for an Extension of the Pretrial Deadlines and for a Continuance, and that the facts stated therein are true and accurate to the best of my knowledge and belief. I understand that a false statement in this declaration will subject me to penalties for perjury.

Dated: September 14, 2021              */s/ Hudson C. Gill*
                                        Hudson C. Gill

**WHEREFORE**, the Defendant, CITY OF POMPANO BEACH, requests entry of an order extending pretrial deadlines at least 30 days and continuing the trial until at least December 13, 2021, together with such additional relief the Court deems just and proper.

Dated: September 15, 2021

Respectfully submitted,

 /s/Hudson C. Gill
Michael T. Burke, Esquire (338771)
Burke@jambg.com
Cardona@jambg.com
Hudson C. Gill, Esquire (15274)
Johnson, Anselmo, Murdoch,
Burke, Piper & Hochman, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, Florida 33304
Telephone: 954-463-0100
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 15th day of September 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                          JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
*Counsel for Defendants*
2455 East Sunrise Boulevard, Ste. 1000
Fort Lauderdale, FL 33304
Telephone: 954-463-0100

BY*: /s/ Hudson C. Gill*
      MICHAEL T. BURKE
      Florida Bar No. 338771
      HUDSON C. GILL
      Florida Bar No. 15274

## **SERVICE LIST**

Dante P. Trevisani, Esq.
Ray Taseff, Esq.
Florida Justice Institute, Inc.
P.O. Box 370747
Miami, FL 33137
305-358-2081
DTrevisani@FloridaJusticeInstitute.org
RTaseff@FloridaJusticeInstitute.org

Mara Shlackman, Esq .
Law Offices of Mara Shlackman, P.L.
757 SE 17th Street; PMB 309
Fort Lauderdale, Florida 33316
954-523-1131
954-206-0593
mara@shlackmanlaw.com

F.J. McLawrence, Esq.
The McLawrence Law Firm
633 S. Federal Highway; Ste. 200-B
Fort Lauderdale, Florida 33301
954-318-1376
954-616-0566
info@mclawrencelaw.com

Michael T. Burke, Esquire
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304
Telephone:   954-463-0100
Burke@jambg.com
Cardona@jambg.com