UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60297-CIV-ALTMAN/Hunt

**BERNARD MCDONALD**,

    *Plaintiff*,

v.

**CITY OF POMPANO BEACH, FLORIDA**,

    *Defendant*.

_____/

## ORDER

The Defendant filed a Motion for Extension of Pre-Trial Deadlines and Continuance (the "Motion") [ECF No. 123]. After reviewing the Motion, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The Motion [ECF No. 123] is **GRANTED in part**.

2. **THIS MATTER** is set for trial during the Court's two-week trial calendar beginning on **January 16, 2022**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m. on January 10, 2022**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 207A at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The parties shall adhere to the following schedule:[1]

3. **December 19, 2021:** The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave

---

[1] The original scheduling orders shall remain in place to the extent not addressed by this Amended Scheduling Order.

of Court, exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

4. **January 4, 2022**. The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of September 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record