UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60297-CIV-ALTMAN/Hunt

**BERNARD MCDONALD**,

    *Plaintiff*,

v.

**CITY OF POMPANO BEACH, FLORIDA**,

    *Defendant*.

_____/

## ORDER

On August 30, 2022, the Plaintiff filed a Renewed Motion in Limine [ECF No. 153] (the "Motion"). For the reasons stated on the record during the calendar on October 4, 2022, *see* Calendar Call Minutes Entry [ECF No. 160], and during the bench trial on October 11, 2022, *see* Bench Trial Minutes Entry [ECF No. 161], the Motion [ECF No. 153] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida, this 12th day of October 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record